UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA SEALS,

                                    Plaintiff,

                    -against-

RIAL MCCLURKIN.,

                                    Defendant.

26 CIVIL 01801 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 5, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    March 8, 2026

          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge